IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **KRISTIE BAILEY, On behalf of himself and all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | 1:20-cv-00530-JPH-DLP |
| v. | ) ) ) | Judge Hanlon<br>Magistrate Judge Pryor |
| **ONEMAIN FINANCIAL GROUP, LLC,** | ) ) | |
| **Defendant.** | ) ) | |

*The Court acknowledges the Notice of Voluntary Dismissal Pursuant to Settlement, dkt. 20. JPH, 7/14/2020 Distribution via ECF.*

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, KRISTIE BAILEY, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,
**KRISTIE BAILEY**

By: ___s/ David M. Marco_____
Attorney for Plaintiff